TONI WHITE
Attorney at Law
P.O. Box 1081
El Dorado, CA 95623
(530) 885-6244

Attorney for Defendant
DWIGHT HANEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DWIGHT HANEY,<br><br>                              Defendants. | CASE NO.  2:21-CR-00104-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 19, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

        The United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, together with counsel for defendant Dwight Haney, Toni L. White, hereby stipulate the following:

1. By previous order, this matter was set for change of plea on January 19, 2023.

2. By this stipulation, the defense moves to continue the matter until **February 2, 2023, at 9:30 a.m.**, and to exclude time between January 19, 2023, and February 2, 2023, under Local Codes T-4 (to allow defense counsel time to prepare) and T-2 (complexity of the case).  Time was previously excluded under both (T-2 and T-4) Local Codes.  The parties agree and stipulate, and request the Court find the following:

    a.    The United States initially provided discovery, including: pdf reports, voluminous recorded phone conversations, GPS data, toll records, photographs, videos etc., to the defense.  Because of the volume of discovery produced by the government and in anticipation of additional discovery being provided by the government, undersigned

defense counsel sought the appointment of Coordinating Discovery Attorney (CDA) John C. Ellis.  The court signed the order appointing the CDA and Mr. Ellis reports the discovery now amounts to approximately thirty-four gigabytes of data, and consists of 4,313 pages of PDF documents, more than eight hours of video footage, and wiretap data from two target telephone lines. The wiretap data from two target telephones includes an additional forty-eight hours of audio recordings, 4,636 document files, 4,855 Google Earth location data files, and line sheets.

b.  Counsel for Mr. Haney is unavailable due to temporary illness and may be unavailable to appear for a change of plea on January 19, 2023.

c.  In addition, defense counsel needs additional time to review, analyze, conduct investigation, and interview potential witnesses related to the discovery production(s).

d.  Counsel for Mr. Haney believes that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.  The government does not object to the continuance.

f.  Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

g.  For the purpose of commuting time under the Speedy Trial Act, 18 United States Code Section 3161 (h) (7) (A) within which trial must commence, the time period of January 19, 2023, to February 2, 2023, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161 (h) (7) (A) and (B) (ii) and (iv), corresponding to Local Codes T-2 and T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 17, 2023                    /S/ Toni L. White
                                            TONI L. WHITE
                                            Attorney for Defendant
                                            Dwight Haney


Dated:  January 17, 2023                    Phillip A. Talbert
                                            United States Attorney

                                            /S/ Cameron Desmond
                                            CAMERON DESMOND
                                            Assistant United States Attorney

///

///

///

///

///

///

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

## FINDINGS AND ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 17th day of January, 2023.

_____
Troy L. Nunley
United States District Judge