TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. Box 1081
El Dorado, CA  95603
Telephone:  (530) 885-6244

Attorney for Defendant
DWIGHT HANEY

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00104-TLN |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| v. | |
| DWIGHT HANEY, | |
| Defendant | |

Defendant DWIGHT HANEY, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney CAMERON DESMOND, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on February 8, 2024.

2.      By this stipulation, defendant now moves to continue the sentencing to April 25, 2024. The GOVERNMENT does not oppose this request.

3. This continuance will allow for the completion of the presentence report process and to complete the defense preparation for sentencing including the drafting and submission of sentencing briefing.

4. The probation officer, Erica Tatum, is available and is in agreement with the disclosure schedule requested by the parties.

1

1

2          5. The parties request the following disclosure schedule:

3                  Judgment and Sentencing Date:                          April 25, 2024

4                  Reply, or Statement of Non-opposition:                 April  18, 2024

5                  Motion for Correction of the Presentence Report shall be filed
                   with the Court and served on the Probation Officer and opposing
6                  counsel no later than:                                 April 11, 2024

7                  The Pre-Sentence Report Shall be Filed with the Court and
                   Disclosed to Counsel no Later Than:                    April 4, 2024
8

9                  Counsel's Written Objections to the Pre-Sentence
                   Report Shall be Delivered to the Probation Officer
10                 and Opposing Counsel no Later Than:                    March 28, 2024

11                 The Proposed Pre-Sentence Report shall be
                   Disclosed to Counsel no Later Than:                    March 14, 2024

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS SO STIPULATED.

Dated:  February 6, 2024                    PHILLIP A. TALBERT
                                            United States Attorney

                                            By:    */s/ Toni White for*
                                            CAMERON DESMOND
                                            Assistant U.S. Attorney

                                            For the United States


Dated: February 6, 2024                     By:    */s/ Toni White*
                                            TONI WHITE

                                            For Defendant Dwight Haney


# **O R D E R**

IT IS SO FOUND AND ORDERED this 6th day of February, 2024.


                                            _____
                                            Troy L. Nunley
                                            United States District Judge