TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
DWIGHT HANEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    ) No. 2:21-CR-00104 TLN
                                             )
        Plaintiff,                           )
                                             ) **ORDER SEALING SUBSEQUENT**
                                             ) **ATTACHMENT TO DEFENDANT'S**
v.                                           ) **SENTENCING MEMORANDUM**
                                             )
DWIGHT HANEY,                                )
                                             )
        Defendant.                           )
                                             )
                                             )
                                             )
                                             )

        Pursuant to Local Rule 141(b), and based upon the representation contained in the

Request to Seal filed by defendant Dwight Haney, IT IS HEREBY ORDERED that the

subsequent attachment to Defendant's sentencing memorandum shall be SEALED until further

order of this Court.

Dated: April 25, 2024

_____
Troy L. Nunley
United States District Judge

1